```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 33863
   MICHAEL L WASHINGTON
   CHELY S WASHINGTON                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-1206    SSN XXX-XX-8503

-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/13/04 and confirmed on 01/20/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  32208.50 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 2662.32 | .00 | 2662.32 |
| CITIFINANCIAL AUTO | SECURED VEHIC | 15600.00 | 2020.05 | 15600.00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 84.59 | .00 | 84.59 |
| CB USA INC | UNSECURED | 165.00 | .00 | 165.00 |
| GRDN/CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| GRDN/CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSAL CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 275.00 | .00 | 275.00 |
| DELL FINANCIAL SVCS | UNSECURED | 2478.67 | .00 | 2478.67 |
| FOOT & ANKLE CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL RECOVERY SPECIAL | UNSECURED | NOT FILED | .00 | .00 |
| MIDWESTERN REGIONAL MEDI | UNSECURED | NOT FILED | .00 | .00 |
| PRIMARY HEALTHCARE ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MUNICIPAL COLLECTION SER | UNSECURED | 500.00 | .00 | 500.00 |
| MUNICIPAL COLLECTION SER | UNSECURED | NOT FILED | .00 | .00 |
| SOUTHWEST STUDENT LOAN S | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| US DEPT OF EDUCATION | FILED LATE | .00 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN HEIGHTS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL AUTO | UNSECURED | 4580.40 | .00 | 4580.40 |

```
              Summary of disbursements:
-----------------------------------------------------------------------------
              SECURED      PRIORITY     UNSECURED      OTHER         TOTAL
```

```
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      18262.32           .00      8083.66         .00     26345.98
PRINCIPAL PAID          18262.32           .00      8083.66         .00     26345.98
INTEREST PAID            2020.05           .00          .00         .00      2020.05
TOTAL PAID              20282.37           .00      8083.66         .00     28366.03
```

The Debtor's attorney, GREENBERG & ASSOC            , was allowed $   2700.00
and was paid $     124.00   direct and $    2576.00   through the plan.

The Trustee received $    1263.05 .

Refunds to the Debtor totaled $       3.42 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE